ALBANY,
Feb. 1827.

Cayward
v.
Doolittle.

ing at issue, was noticed, but not tried, at the last *Niaga-ra* circuit. It was an action of debt for the escape of one *Chapin* from the custody of the defendant, as sheriff, on a *ca. sa.* Plea, the general issue, and notice of voluntary return before suit. This notice was not accompanied with an affidavit. The plaintiff noticed the cause for trial without discovering that the omission was material ; and offered that as the excuse for not trying ; deeming it necessary to move to strike out the notice.

*A. Samson*, for the plaintiffs, cited 1 *R. L.* 426 ; 16 *John.* 312.

*T. H. Chapin*, contra.

---

### CAYWARD *against* DOOLITTLE and others.

A writ of replevin, tested at one term, and returnable at the next term but one, (an entire term intervening,) is voidable.

MOTION, in behalf of the defendant, to set aside the writ of replevin issued in this cause, on the ground that it was

*Semb.* it may be amended ; but not unless the defect appear to have arisen from mistake ; and all suspicion be removed that the long return day was a trick to postpone the trial.

tested *August 19th*, 1826, and returnable on the 1st day
of the present term, (*one entire term intervening.*)

*D. O. Bell*, for the motion.

*Whiting* and *Butler*, contra.

*Curia.* The writ is clearly voidable at least. Goods
cannot be arrested in this way, and the trial of the right
postponed to any future time the party pleases. The writ
might, perhaps, be amended, if we were satisfied that it
was a mistake. (1 *Cowen*, 38.) But how it happened
is not shown. It might have been a trick to get possess-
ion of the goods; and postpone the trial by a long return
day. The affidavits do not entirely remove the suspicion,
that this proceeding was rather for the purpose of obtain-
ing the vantage ground, in a negotiation about the property,
which had been taken on attachment, than with the *bona
fide* intention to try any question of right. The defend-
ants show that the property was taken in *September* last;
and one of the defendants was not summoned till on the
eve of this term. There should be a strong excuse, to
warrant an amendment under these circumstances.

Motion granted with costs.